IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CURTIS WILLIAMS, a Washington resident,<br><br>    Plaintiff,<br><br>        v.<br><br>PHOENIX LAW, PC, a California corporation law firm, and credit repair organization,<br><br>    Defendant. | NO: 3:23-cv-05437-LK<br><br>MOTION FOR ORDER OF DEFAULT AGAINST PHOENIX LAW, PC |

COMES NOW the Plaintiff, by and through his attorney, Peter Schneider of Northwest Debt Resolution, LLC, and requests this Court enter an order of default against Phoenix Law, PC, as it has failed to answer or otherwise defend against the Plaintiff's complaint within the time allotted by FRCP 12(a).

## I. **MOTION**

FRCP 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." FRCP 12(a)(1)(A)(i). FRCP 55(a), entitled "Entering a Default," provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or

MOTION FOR ORDER OF DEFAULT - 1

NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4TH STREET, STE. 2300
BELLEVUE, WA 98004
TELEPHONE: (425) 400-9001
FACSIMILE: (425) 609-0066

otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." FRCP 55(a).  The Plaintiff filed this lawsuit on May 12, 2023. ECF No. 1. Phoenix Law, PC, was served with a copy of the summons and complaint in this matter on May 18, 2023. ECF No. 5.

## II.  **CONCLUSION**

More than 21 days have elapsed since Phoenix Law, PC, was served with a copy of the summons and complaint, and it has failed to appear in this matter and respond to or otherwise defend against the Plaintiff's lawsuit. Therefore, this Court should enter an order of default against it.

DATED June 27, 2023

NORTHWEST DEBT RESOLUTION, LLC

_____
Peter Schneider, WSBA# 43131
Northwest Debt Resolution, LLC
10900 NE 4th Street, Ste. 2300
Bellevue, WA 98004
Telephone: (425) 400-9001
Facsimile:  (425) 609-0066
attorney@nwdebtresolution.com
Attorney for Plaintiff

MOTION FOR ORDER OF DEFAULT - 2

NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4TH STREET, STE. 2300
BELLEVUE, WA 98004
TELEPHONE: (425) 400-9001
FACSIMILE:  (425) 609-0066

## DECLARATION OF SERVICE

I, Peter Schneider, am a resident of the State of Washington, over the age of 18 and competent to make this declaration herein. On the date indicated below, I served the foregoing document to the following recipients in the manner described below:

All counsel of record.

☐ USPS first class mail
☐ E-mail
☐ Facsimile
☒ Other – ECF E-service

DATED June 27, 2023

_____
Peter Schneider

MOTION FOR ORDER OF DEFAULT - 3

NORTHWEST DEBT RESOLUTION, LLC
10900 NE 4TH STREET, STE. 2300
BELLEVUE, WA 98004
TELEPHONE: (425) 400-9001
FACSIMILE: (425) 609-0066