# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CURTIS WILLIAMS<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>PHOENIX LAW PC<br><br>　　　　　　　Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 3:23-cv-05437-TMC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT this case be DISMISSED WITHOUT PREJUDICE.

. . . .

Dated December 28, 2023.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　*/s/Michael Williams*
　　　　　　　　　　　　　　　　　　Deputy Clerk